**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7507**

---

ARDIE D. NOLAN, III; JOHNNIE ROWE,

Plaintiffs - Appellants,

versus

RANDALL LEE; BOB LANIER; SERGEANT JOHNSON;
CHARLES MINGGIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-95-644-5-CT-H)

---

Submitted:  February 7, 1996        Decided:  February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ardie D. Nolan, III, Johnnie Rowe, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nolan v. Lee</u>, No. CA-95-644-5-CT-H (E.D.N.C. Sept. 14, 1995). We deny Appellant Nolan's motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2